### (March 8, 1940.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY GONDELMAN, an Attorney and Counselor at Law, Respondent.— Application to suspend enforcement of the order of disbarment granted and enforcement of such order is suspended until May 1, 1940, to permit respondent to dispose of matters now pending in his office. In the interim, however, respondent is ordered not to engage in any new matters, nor to appear in court as an attorney. [See 258 App. Div. 1085.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [See *post*, p. 832, p. 833 and p. 889.]

### (March 11, 1940.)

THE EAST NEW YORK SAVINGS BANK, Respondent, v. FRANK C. FOLEY, Appellant.— Pursuant to stipulation, the motion for leave to appeal to the Appellate Division is withdrawn, without costs to either party. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

IRVING NABATOFF, Respondent, v. MEYER YEDLIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Motion for leave to dispense with printing dismissed, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

FRANK A. WARBURG, Respondent, v. DANIEL J. SALVATORE and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ELIZABETH ANDERSON, an Infant, by Her Guardian ad Litem, MARY ANDERSON, and MARY ANDERSON, Respondents, v. CHURCH OF THE SACRED HEART, a Religious Corporation in the Village of Dobbs Ferry, New York, Appellant.— Action for damages for personal injuries sustained by infant plaintiff in falling down a flight of stone steps, as a consequence of tripping over an iron grated mat which projected over the edge of the top step of a set of stairs leading to the entrance of the defendant church. Companion action of the infant's mother for expenses and loss of services. Judgment of the City Court of Yonkers in favor of the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.